Form schobj

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Antonio Woods and Chalanda Woods  *Case No.:* 18−71295
***Debtor***

*Chapter:* 13

---

### *OBJECTION DATE NOTICE*

*Notice is hereby provided:*

On 1/21/22, 1st MidAmerica Credit Union filed a Motion to Lift Stay as to a 2013 Cadillac Escalade, VIN: 1GYEK63N03R140957 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **2/7/22**.

You must also serve a copy on interested parties and file a proof of service with the clerk of the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.


Dated: 1/21/22

    /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court


Go to **www.ilcb.uscourts.gov** for information regarding this court's ***mandatory*** electronic filing policy.

In re:   Case No. 18-71295-mpg
Antonio Woods   Chapter 13
Chalanda Woods
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3　　　　　　　　　User: admin　　　　　　　　　Page 1 of 2
Date Rcvd: Jan 21, 2022　　　　　　　Form ID: schobj　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Antonio Woods, Chalanda Woods, 1319 W. Marietta, Decatur, IL 62522-1450 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022　　　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana N O'Brien | on behalf of Creditor PennyMac Loan Services LLC dana.obrien@pierceservices.com, centraldistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Chalanda Woods GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Debtor Antonio Woods GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Kathryn A Klein | on behalf of Creditor 1st MidAmerica Credit Union rb_bank@riezmanberger.com rbadmin@ecf.courtdrive.com |
| Kenneth Takis Siomos | on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com |

| | |
|---|---|
| Kinnera Bhoopal | on behalf of Creditor PennyMac Loan Services LLC Kinnera.Bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marsha L Combs-Skinner | Trusteecs@Danville13.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| OneMain Financial | cbp@omf.com |
| Rachael Stokas | on behalf of Creditor PennyMac Loan Services LLC bkpleadingsCENTRAL@il.cslegal.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 10