**IT IS SO ORDERED.**

**SIGNED THIS: April 7, 2022**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANTONIO WOODS | ) | BK. NO. 18-71295 |
| CHALANDA WOODS | ) | |
| | ) | |
| DEBTOR(S). | ) | CHAPTER 13 |

### ORDER ON TRUSTEE'S MOTION TO MODIFY PLAN

IT IS HEREBY ORDERED THAT:

The Trustee's Motion to Modify Plan is GRANTED. The Plan is modified to provide for the Trustee to pay 1st MidAmerica Credit Union $7,813.64 plus 6.00% interest on the 2003 Cadillac Escalade as a secured claim and increase the dividend to unsecured creditors by about $2,700.00.

###

In re:  Case No. 18-71295-mpg
Antonio Woods  Chapter 13
Chalanda Woods
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3     User: admin     Page 1 of 2
Date Rcvd: Apr 07, 2022     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Antonio Woods, Chalanda Woods, 1319 W. Marietta, Decatur, IL 62522-1450 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana N O'Brien | on behalf of Creditor PennyMac Loan Services LLC dana.obrien@pierceservices.com, centraldistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Chalanda Woods GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Debtor Antonio Woods GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Kathryn A Klein | on behalf of Creditor 1st MidAmerica Credit Union rb_bank@riezmanberger.com rbadmin@ecf.courtdrive.com |
| Kenneth Takis Siomos | on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com |
| Kinnera Bhoopal | |

Marsha L Combs-Skinner

on behalf of Creditor PennyMac Loan Services LLC Kinnera.Bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com

OneMain Financial

cbp@omf.com

Rachael Stokas

on behalf of Creditor PennyMac Loan Services LLC bkpleadingsCENTRAL@il.cslegal.com

U.S. Trustee

USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 10