# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    ANTONIO WOODS and ) | |
|    CHALANDA WOODS, ) | Case No. 18-71295 |
| ) | |
|    Debtors. ) | Chapter 13 |

### TRUSTEE'S OBJECTION TO THE MOTION TO MODIFY PLAN

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and for her Objection to the Motion to Modify Plan states as follows:

1. The Motion to Modify is captioned as a Motion pursuant to 1329, but requests no further payments be due.

2. The Motion conflates distinct and mutually exclusive forms of bankruptcy relief – though a Plan perhaps theoretically could be modified to reduce the dividend to unsecured creditors to the amount paid to date under 11 U.S.C. 1329(a)(1) and the time to pay that dividend to the time already spent in the Plan under 1329(a)(2), the existence of 1328(b), allowing an immediate, lesser discharge for those who have not completed payments under the Plan suggests that modification to immediately end the Plan, and receive the broader discharge, is not appropriate or permitted.

3. The body of the Motion requests a Hardship Discharge (paragraph 6); a hardship discharge can only be granted if modification is not practicable and is therefore distinct from modification. 11 U.S.C. 1328(b)(3).

4. The prayer requests an ordinary completion of payments discharge.

5. The Motion's request for payments to be complete uses payments received by the Trustee through June 2023 though the Trustee received $384.24 in July 2023 before the Motion was filed.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee prays that the Court deny the Motion to Modify Plan under 1329(a).

Respectfully Submitted by
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee


By: /s/ Ken Siomos
     Staff Attorney
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
Central District of Illinois
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Ken@ch13cdil.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on August 2, 2023, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Antonio Woods
Chalanda Woods
1319 W. Marietta
Decatur, Il 62522



/s/ Ken Siomos
Staff Attorney