Form errfilob

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

| | |
|---|---|
| *In Re:* Antonio Woods and Chalanda Woods<br>*Debtor* | *Case No.:* 18−71295<br><br>*Chapter:* 13 |

**Order Striking Incorrect or Incomplete Document**

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**A(n) Motion to Modify Plan Pursuant to Section 1329 (Doc #108) filed on 7/28/2023 is incorrect or incomplete.**

☐ Document filed in bankruptcy case and should be filed in adversary case.

☐ Document filed in wrong case.

☐ Your multi−part motion requests reliefs that were not selected in ECF. Re−file your multi−part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re−file.

☐ PDF is:  ☐ unreadable   ☐ incomplete   ☐ missing

☒ PDF does not match docket entry.

☐ PDF does not match case.

☐ Other:

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 7/31/23

                                                                            /S/   Mary P. Gorman
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

In re:                                                         Case No. 18-71295-mpg
Antonio Woods                                 Chapter 13
Chalanda Woods
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-3                           User: admin                            Page 1 of 2
Date Rcvd: Jul 31, 2023                    Form ID: errfilob                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antonio Woods, Chalanda Woods, 1319 W. Marietta, Decatur, IL 62522-1450 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana N O'Brien | on behalf of Creditor PennyMac Loan Services LLC dana.obrien@mccalla.com, centraldistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |
| John L GreenLeaf, Jr | on behalf of Debtor Antonio Woods GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| John L GreenLeaf, Jr | on behalf of Joint Debtor Chalanda Woods GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Kathryn A Klein | on behalf of Creditor 1st MidAmerica Credit Union rb_bank@riezmanberger.com rbadmin@ecf.courtdrive.com |
| Kenneth Takis Siomos | on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com |
| Kinnera Bhoopal | |

| | |
|---|---|
| Marsha L Combs-Skinner | on behalf of Creditor PennyMac Loan Services LLC Kinnera.Bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com<br><br>marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| Michael J McCormick | on behalf of Creditor PennyMac Loan Services LLC michael.mccormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| OneMain Financial | cbp@omf.com |
| Rachael Stokas | on behalf of Creditor PennyMac Loan Services LLC bkpleadingsCENTRAL@il.cslegal.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 11